IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ROBERT G. SAVANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.  04-CV-394-DRH |
| | ) |
| THE PURDUE PHARMA COMPANY, | ) |
| PURDUE PHARMA, L.P., | ) |
| PURDUE PHARMA INC., | ) |
| PURDUE FREDERICK COMPANY, | ) |
| THE P.F. LABORABORIES, INC., | ) |
| and MALLINCKRODT, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Considering the parties Stipulated Agreement for Voluntary Dismissal Without Prejudice of Defendant Mallinckrodt Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS ORDERED that all claims of Plaintiff, Robert G. Savant, against Mallinckrodt Inc. are hereby dismissed without prejudice, each party to bear its own costs.  Should Plaintiff choose to re-file this case against Mallinckrodt Inc., Plaintiff agrees that this case will be re-filed in the same court that his case against Mallinckrodt Inc. is pending.

DATED this 9th day of January, 2006.

/s/         David RHerndon
United States District Judge