IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT G. SAVANT,**

**Plaintiff,**

v.

**THE PURDUE PHARMA COMPANY,
PURDUE PHARMA L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
P. F. LABORATORIES, INC.,**

**Defendants.**                                  No. 04-CV-0394-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion for leave to file under seal (Doc. 107). Specifically, Plaintiff moves to file his exhibits in opposition to the motion for summary judgment under seal. Said motion is **DENIED**. First, Plaintiff does not explain why the exhibits need to be filed under seal. Second, a protective order has not been entered in this case. The Court cannot allow these documents to be filed under seal without a protective order establishing the need to protect these documents. *See* **FED. R. CIV. P. 26(c);** *see also Seattle Times Co. v. Rhinehart*, 467 U.S. 20 (1984); *Worrell Newspapers of Indiana, Inc. v. Westhafer*, 739

**F.2d 1219, 1224 n. 4 (7th Cir. 1984)**.

**IT IS SO ORDERED.**

Signed this 15th day of March, 2006.

<u>/s/         David   RHerndon</u>
**United States District Judge**