IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT G. SAVANT,**
**Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA L.P.,**
**PURDUE PHARMA, INC.,**
**PURDUE FREDERICK COMPANY,**
**and P. F. LABORATORIES, INC.,**

**Defendants.**                                                      No. 04-CV-0394-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion for leave to file supplemental affidavit in support of Plaintiff's opposition to Purdue Defendants' motion for summary judgment (Doc. 110). Said motion is **GRANTED**. Plaintiff shall file the document *instanter*.

**IT IS SO ORDERED.**

Signed this 16th day of March, 2006.

/s/     David   RHerndon
**United States District Judge**