IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT G. SAVANT,**
**Plaintiff,**

**v.**

**THE PURDUE PHARMA COMPANY,**
**PURDUE PHARMA L.P.,**
**PURDUE PHARMA, INC.,**
**PURDUE FREDERICK COMPANY,**
**and P. F. LABORATORIES, INC.,**

**Defendants.**                                              No. 04-CV-0394-DRH

**ORDER**

**HERNDON, District Judge:**

Pending before the Court is Defendants' motion for leave to file surreply brief (Doc. 132).  Pursuant to **Local Rule 7.1(c)**, the Court **DENIES** the motion.[1]

**IT IS SO ORDERED.**

Signed this 25th day of April, 2006.

/s/         David   RHerndon
**United States District Judge**

---

[1] **Local Rule 7.1(c)** states in part: "Under no circumstances will sur-reply briefs be accepted."