IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT G. SAVANT,

           Plaintiff,

v.

THE PURDUE PHARMA COMPANY;
PURDUE PHARMA L.P.;
PURDUE PHARMA INC.;
PURDUE FREDERICK COMPANY;
THE P.F. LABORATORIES, INC.; and
MALLINCKRODT, INC.,

           Defendants.

Case No. 04-394-DRH

## ORDER

This matter having come before the Court on Purdue's Unopposed Motion to Extend the Time to File a Reply to Plaintiff's Brief in Opposition to Defendants' Motion to Strike References to Incompetent Summary Judgment Evidence, and the Court being fully advised in the premises, states that said Motion is GRANTED. It is hereby ORDERED Purdue may file its Reply up to and including May 22, 2006.

DATE: May 10, 2006

           IT IS SO ORDERED

           /s/           David   RHerndon

           UNITED STATES DISTRICT JUDGE