IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| **ROBERT G. SAVANT,** | ) | **Electronically Filed** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.  04-CV-394-DRH |
| | ) | |
| **THE PURDUE PHARMA COMPANY,** | ) | |
| **PURDUE PHARMA, L.P.,** | ) | |
| **PURDUE PHARMA INC.,** | ) | |
| **PURDUE FREDERICK COMPANY,** | ) | |
| **THE P.F. LABORABORIES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

**HERNDON, District Judge:**

Pursuant to the Motion of Plaintiff, agreed upon by all Defendants herein, this Court hereby grants the Motion to Stay Proceedings and the case is hereby stayed as to the Plaintiff and Defendants, The Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc, until September 15, 2006.

**IT IS SO ORDERED.**

Signed this 8th day of August, 2006.

/s/     David  RHerndon
**United States District Judge**