IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: 9/22/2006                    CASE NAME: Savant vs. The Purdue Pharma
                                   Company et al.,

CASE NO. : 04-394 DRH

DOCUMENT NO.: 141                  DOCUMENT TITLE: Order

One of the following errors/deficiencies has been identified in the document listed above:

X       Other: The order contains a misquoted date.

## ACTION TAKEN BY CLERK'S OFFICE

X       Docket entry "STRICKEN" as ordered by the Court

## ACTION REQUIRED BY FILER

X       Document re-filed at doc. 143

                                        Norbert G. Jaworski
                                        Clerk of Court


                                        By: s/Jackie Payton