IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| **ROBERT G. SAVANT,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE PURDUE PHARMA COMPANY,** )<br>**PURDUE PHARMA, L.P.,** )<br>**PURDUE PHARMA INC.,** )<br>**PURDUE FREDERICK COMPANY,** )<br>**THE P.F. LABORABORIES, INC.,** )<br>)<br>**Defendants.** ) | No. 04-CV-394-DRH |

**ORDER**

**HERNDON, District Judge:**

Pursuant to Plaintiff's Motion to Stay (Doc. 140), agreed upon by all Defendants herein, this Court hereby **GRANTS** the Motion to Stay Proceedings and the case is hereby **STAYED** as to the Plaintiff and Defendants, The Purdue Pharma Company, Purdue Pharma L.P., Purdue Pharma Inc., Purdue Frederick Company, The P.F. Laboratories, Inc, until October 17, 2006. [This order replaces the order at doc 141.]

With respect to existing deadlines, if any, they are hereby continued and shall not be applicable until further order of this Court.

**IT IS SO ORDERED.**

Signed this 22nd day of September, 2006.

/s/     David    RHerndon
**United States District Judge**