IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT G. SAVANT,

Plaintiff,

v.

THE PURDUE PHARMA COMPANY,
PURDUE PHARMA L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
and P. F. LABORATORIES, INC.,

Defendants.                                         No. 04-CV-0394-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 149). Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case. The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of January, 2007.

/s/     David RHerndon
**United States District Judge**