IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT G. SAVANT,**

    **Plaintiff,**

    vs.                                        Cause No. 04-CV-394 DRH

**THE PERDUE PHARMA COMPANY**
**PURDUE PHARMA, L.P.,**
**PURDUE PHARMA, INC.,**
**PURDUE FREDERICK COMPANY,**
**THE P.F. LABORATORIES, INC.,**

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                                                        **NORBERT G. JAWORSKI, CLERK**

January 22, 2007                                     By:   s/Patricia Brown
                                                                       Deputy Clerk

APPROVED:/s/   David   RHerndon
                  **U.S. DISTRICT JUDGE**